**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Welvis Da Silva Sobrinho ) | |
| ) | |
| Petitioner, ) | Civil Action No. 26-CV-10016-AK |
| ) | |
| v. ) | |
| ) | |
| Antone Moniz, et al, ) | |
| ) | |
| Respondents (s). ) | |

**ORDER OF DISMISSAL**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 12] entered on 2/24/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is,

**DISMISSED**.

Dated: 3/10/2026                                                                          By the Court,

/s/ Courtney Horvath
Deputy Clerk